```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRANSFIELD ER CAPE LTD.,

    Plaintiff,

    - against -

B&L TRANSOIL (HOLDINGS) LIMITED, N.L TRANS OIL LTD., TRANSOCEAN AGENCIES LTD., and B&L TRANSOIL LTD.,

    Defendants.

**ORDER**

08 Civ. 11385 (PKL)

**LEISURE, District Judge:**

For the reasons stated on the record at the February 4, 2009 order to show cause hearing, B&L Transoil (Holdings) Limited's motion pursuant to Rule E(4)(f) of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure for an order vacating the attachment of funds is hereby granted.  The release of the attached funds, however, is stayed for ten (10) days to allow plaintiff to amend its complaint and allege that defendants wrongfully arrested plaintiff's vessel with bad faith, malice, or gross negligence.  Additionally, plaintiff's amended complaint must allege when and in what forum it intends to pursue the merits of its wrongful arrest claim.

**SO ORDERED.**
**New York, New York**
February 4, 2009

                                        /s/ Peter K. Leisure
                                           U.S.D.J.